1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF WASHINGTON

8
   VERONICA GARZA,                    )      NO. CV-12-3039-JPH
9                                     )
                                      )      **ORDER ADOPTING REPORT**
10              Plaintiff,            )      **AND RECOMMENDATION**
        vs.                           )
11                                    )
   MICHAEL J. ASTRUE,                 )
12 Commissioner of Social             )
   Security,                          )
13                                    )
                                      )
14              Defendant.            )
   _____    )
15
        Before the Court is Magistrate Judge Hutton's Report and
16
   Recommendation ("Report"), ECF No. 22, entered on January 24, 2013,
17
   recommending the parties' stipulated motion for an order of remand,
18
   ECF No. 21, be granted.  Both parties are represented by counsel and
19
   stipulate to remand pursuant to sentence four of 42 U.S.C. § 405(g).
20
        Having reviewed the Report and underlying record, **IT IS HEREBY**
21
   **ORDERED**:
22
        1.   The Report, **ECF No. 22**, is **ADOPTED** in its entirety.
23
        2.   The parties' Stipulation for Remand, **ECF No. 21**, is
24
             **GRANTED**.
25
        3.   **Judgment** is to be entered in Plaintiff's favor.
26
   //
27
   /
28

                                    -1-

1    4.   This file shall be **CLOSED**.

2    **IT IS SO ORDERED**. The Clerk's Office is directed to enter this

3   Order and forward copies to the parties and Magistrate Judge Hutton.

4    **DATED** this_ 7th _ day of February 2013.

5
                              s/Edward F. Shea
6                            EDWARD F. SHEA
                    Senior United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
    Q:\EFS\Civil\2012\GARZA- EFS -Order adopting-RnR-Social Sec.wpd
25

26

27

28