UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERONICA GARZA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | No.  CV-12-3039-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On February 7, 2013, the Court adopted Magistrate Judge Hutton's January 24, 2013 Report and Recommendation, ECF No. 22, granted the parties' Stipulation for Remand, ECF No. 21, and directed entry of judgment in Plaintiff's favor. ECF No. 23. This matter again comes before the Court on Magistrate Judge James P. Hutton's May 21, 2013 Report and Recommendation, ECF No. 28, in which Magistrate Judge Hutton recommends that that Plaintiff Veronica Garza's Motion for Attorney Fees Pursuant to EAJA, ECF No. 25, be granted. Both parties are represented by counsel. The deadline for filing objections to the Report and Recommendation lapsed on June 4, 2013; no objections were received. Having reviewed the Report and Recommendation, the Court is fully informed and adopts Magistrate Judge Hutton's recommendations in their entirety.

//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The May 21, 2013 Report and Recommendation, **ECF No. 28**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Attorney's Fees Pursuant to EAJA, **ECF No. 25**, is **GRANTED.**

3. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Hutton.

**DATED** this   6th   day of June 2013.

s/ Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge
